JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MINH DUC NGO NGUYEN, | Case No. SACV 26-1210-AS |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition is GRANTED.

DATED: May 27, 2026

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE