UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MINH DUC NGO NGUYEN,

        Petitioner,

    v.

MARKWAYNE MULLIN,
SECRETARY, DEPARTMENT OF
HOMELAND SECURITY; TODD
BLANCHE, ACTING ATTORNEY
GENERAL; TODD LYONS, ACTING
DIRECTOR, IMMIGRATION AND
CUSTOMS ENFORCEMENT;
ANDRES QUINONES, LOS
ANGELES FIELD OFFICE
DIRECTOR, IMMIGRATION AND
CUSTOMS ENFORCEMENT;
WARDEN, ADELANTO ICE
PROCESSING CENTER;
DEPARTMENT OF HOMELAND
SECURITY; EXECUTIVE OFFICE OF
IMMIGRATION REVIEW;
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

        Respondents.

Civil Case No.: 8:26-cv-01210-AS

[~~PROPOSED~~] **ORDER GRANTING UNOPPOSED APPLICATION FOR ENTRY OF FEE AWARD UNDER THE EQUAL ACCESS TO JUSTICE ACT**

On May 27, 2026, the Court entered judgment in this case after granting Petitioner's petition for writ of habeas corpus. *See* ECF No. 14. Any motion for fees under the Equal Access to Justice Act (EAJA) is due within 90 days of that order, or by July 14, 2026. 28 U.S.C. § 2412(d)(1)(B); *Al-Harbi v. I.N.S.*, 284 F.3d 1080, 1082 (9th Cir. 2002).

The parties conferred regarding an application for fees and, on July 7, 2026, reached an agreement to settle the matter for $2,196.91 in fees and costs. The Court is in receipt of Petitioner's Unopposed Application for Entry of Fee Award under the Equal Access to Justice Act. Upon the request of the parties, the Court orders that Petitioner be awarded an amount of $2,196.91 for fees and costs incurred in the successful litigation of this matter. 28 U.S.C. § 2412(d) *et. seq.*

IT IS SO ORDERED.

Dated:  July 9, 2026

_____ / s / Sagar _____
Honorable Alka Sagar
United States Magistrate Judge